No. 98–8189. TUAN NGUYEN v. POLAROID CORP. ET AL. App. Ct. Mass. Certiorari denied.

No. 98–8204. DAY, AKA ALFORD v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS. C. A. 1st Cir. Certiorari denied.

No. 98–8205. WALTON v. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–8207. THANH KIEN TRINH v. LOCKYER, ATTORNEY GENERAL OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–8212. DIZON v. ERENO ET AL. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 98–8224. GOODE v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 98–8228. PARKS v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 98–8231. CARTER v. MAHON, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 98–8232. BOYCE v. SEGELBAUM ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–8234. BURGESS v. MONTANA ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–8235. BEAZLEY v. SUPERIOR COURT OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–8245. JOHNSON v. MONTANA. Sup. Ct. Mont. Certiorari denied.

No. 98–8246. POPE v. DEES, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 98–8249. WOODS v. N. M. C. LABORATORIES ET AL. C. A. 2d Cir. Certiorari denied.